THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL LESSER, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

Application for reargument denied.   [See 304 N. Y. 903.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRWIN SLATER, Defendant, and BESS BERNARD, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

Motion for reargument or for modification of sentence denied. [See 304 N. Y. 896.]